IN THE WESTERN DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| CHARLES RAY BRACKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-6011-CV-SJ-FJG |
| ) | |
| MIJOO MANUFACTURE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed his Complaint on February 2, 2005. Plaintiff's deadline to complete service on Mijoo Manufacture was June 2, 2005. On June 13, 2005, the Court issued an Order to Show Cause requiring plaintiff to show cause on or before July 1, 2005, why the matter should not be dismissed for failure to prosecute as to defendant Mijoo Manufacture. Plaintiff has failed to respond to the Order to Show Cause or to request an extension of time to do so.

Accordingly, the Court hereby **DISMISSES** plaintiff's Complaint without prejudice.


Date: September 13, 2005          **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri              Fernando J. Gaitan, Jr.
                                   United States District Judge